# Earnings Statement

Universal Protection Service, LLC
161 Washington Street, Suite 600
Eight Tower Bridge
Conshohocken, PA 19428

Page 001 of 001
Period Beg/End: 01/28/2022 - 02/03/2022
Advice Date: 02/10/2022
Advice Number: 70945595
Batch Number: 87977
Employee No: 132321

| | Exemptions | Addl | Status |
|---|---|---|---|
| Fed: | 3 | $0.00 | Single |
| State: | 0 | $0.00 | |

For inquiries on this statement please call: (800)260-0852
Total Hours Worked: 32.00
Basis of Pay: Hourly

Karon A Simmons
5920 Webster Street
Philadelphia, PA 19143

| Gross Pay | Current | YearToDate |
|---|---|---|
| Wages | 620.00 | 3611.03 |
| Misc Income/Adj | .00 | .00 |
| Total Gross Pay | 620.00 | 3611.03 |
| Deductions | | |
| Pre-tax | 24.80 | 144.45 |
| Taxes | 119.35 | 689.77 |
| Additional Deductions | .00 | 110.00 |
| Total Deductions | 144.15 | 944.22 |
| NET PAY | $475.85 | $2,666.81 |
| Federal Earnings | 595.20 | 3466.58 |
| FICA Earnings | 620.00 | 3611.03 |

| Misc Income/Adj | Current | YearToDate |
|---|---|---|
| Pre-Tax Deductions | | |
| 401K | 24.80 | 144.45 |

| Wages | | | | | | |
|---|---|---|---|---|---|---|
| WkEnding Type | Reg Rate | Prem Rate | Reg Hours | OT Hours | DT Hours | |
| 02/03/22 Regular | 15.500 | | 32.00 | | | |
| 02/03/22 Sick | 15.500 | | 8.00 | | | |
| | | Total | 40.00 | .00 | .00 | |

| Taxes | Current | YearToDate |
|---|---|---|
| Federal W/H | 28.71 | 161.85 |
| FICA | 38.44 | 223.88 |
| Medicare | 8.99 | 52.36 |
| PA W/H | 19.03 | 110.85 |
| PA SUI W/H | .37 | 2.17 |
| PA, Philadelphia Cit | 23.81 | 138.66 |

| Additional Deductions | | |
|---|---|---|
| 32BJ February Dues | | 55.00 |
| 32BJ January Dues | | 55.00 |

| Benefits | | Balance |
|---|---|---|
| Sick Leave | | 16.00 |

Universal Protection Service, LLC
161 Washington Street, Suite 600
Eight Tower Bridge
Conshohocken, PA 19428

Advice Number: 70945595
Advice Date: 02/10/2022

| Deposited to the account of | Account Number | Amount |
|---|---|---|
| Karon A Simmons | XXXX2051 | 475.85 |

NON-NEGOTIABLE

# Earnings Statement

**Universal Protection Service, LLC**
161 Washington Street, Suite 600
Eight Tower Bridge
Conshohocken, PA 19428

Page 001 of 001
Period Beg/End: 02/04/2022 - 02/10/2022
Advice Date: 02/17/2022
Advice Number: 71177551
Batch Number: 88190
Employee No: 132321

|  | Exemptions | Addl | Status |
|---|---|---|---|
| Fed: | 3 | $0.00 | Single |
| State: | 0 | $0.00 |  |

Karon A Simmons
5920 Webster Street
Philadelphia, PA 19143

For inquiries on this statement please call: (800)260-0852
Total Hours Worked: 40.00
Basis of Pay: Hourly

| Gross Pay | Current | YearToDate | Misc Income/Adj | Current | YearToDate |
|---|---|---|---|---|---|
| Wages | 620.00 | 4231.03 |  |  |  |
| Misc Income/Adj | .00 | .00 |  |  |  |
| Total Gross Pay | 620.00 | 4231.03 |  |  |  |
| Deductions |  |  |  |  |  |
| Pre-tax | 24.80 | 169.25 |  |  |  |
| Taxes | 119.35 | 809.12 | **Pre-Tax Deductions** |  |  |
| Additional Deductions | .00 | 110.00 | 401K | 24.80 | 169.25 |
| Total Deductions | 144.15 | 1088.37 |  |  |  |
| NET PAY | $475.85 | $3,142.66 |  |  |  |
| Federal Earnings | 595.20 | 4061.78 |  |  |  |
| FICA Earnings | 620.00 | 4231.03 |  |  |  |

| Wages | Reg Rate | Prem Rate | Reg Hours | OT Hours | DT Hours | Taxes | Current | YearToDate |
|---|---|---|---|---|---|---|---|---|
| WkEnding Type |  |  |  |  |  | Federal W/H | 28.71 | 190.56 |
| 02/10/22 Regular | 15.500 |  | 40.00 |  |  | FICA | 38.44 | 262.32 |
|  |  |  |  |  |  | Medicare | 8.99 | 61.35 |
|  |  |  |  |  |  | PA W/H | 19.03 | 129.88 |
|  | Total |  | 40.00 | .00 | .00 | PA SUI W/H | .37 | 2.54 |
|  |  |  |  |  |  | PA, Philadelphia Cit | 23.81 | 162.47 |

**Additional Deductions**
| 32BJ February Dues |  | 55.00 |
| 32BJ January Dues |  | 55.00 |

| Benefits | Balance |
|---|---|
| Sick Leave | 16.00 |

---

Universal Protection Service, LLC
161 Washington Street, Suite 600
Eight Tower Bridge
Conshohocken, PA 19428

Advice Number: 71177551
Advice Date: 02/17/2022

| Deposited to the account of | Account Number | Amount |
|---|---|---|
| Karon A Simmons | XXXX2051 | 475.85 |

**NON-NEGOTIABLE**

# Earnings Statement

Universal Protection Service, LLC
161 Washington Street, Suite 600
Eight Tower Bridge
Conshohocken, PA 19428

Page 001 of 001
Period Beg/End: 02/11/2022 - 02/17/2022
Advice Date: 02/24/2022
Advice Number: 71408688
Batch Number: 88388
Employee No: 132321

|  | Exemptions | Addl | Status |
|---|---|---|---|
| Fed: | 3 | $0.00 | Single |
| State: | 0 | $0.00 |  |

Karon A Simmons
5920 Webster Street
Philadelphia, PA 19143

For inquiries on this statement please call: (800)260-0852
Total Hours Worked: 8.00
Basis of Pay: Hourly

| Gross Pay | Current | YearToDate |
|---|---|---|
| Wages | 744.00 | 4975.03 |
| Misc Income/Adj | .00 | .00 |
| Total Gross Pay | 744.00 | 4975.03 |
| Deductions |  |  |
| Pre-tax | 29.76 | 199.01 |
| Taxes | 151.78 | 960.90 |
| Additional Deductions | .00 | 110.00 |
| Total Deductions | 181.54 | 1269.91 |
| NET PAY | $562.46 | $3,705.12 |
| Federal Earnings | 714.24 | 4776.02 |
| FICA Earnings | 744.00 | 4975.03 |

| Wages WkEnding | Type | Reg Rate | Prem Rate | Reg Hours | OT Hours | DT Hours |
|---|---|---|---|---|---|---|
| 02/17/22 | Vacation | 15.500 |  | 32.00 |  |  |
| 02/17/22 | Regular | 15.500 |  | 8.00 |  |  |
| 02/17/22 | Vacation Buy | 15.500 |  | 8.00 |  |  |
|  | Total |  |  | 48.00 | .00 | .00 |

| Misc Income/Adj | Current | YearToDate |
|---|---|---|

| Pre-Tax Deductions | Current | YearToDate |
|---|---|---|
| 401K | 29.76 | 199.01 |

| Taxes | Current | YearToDate |
|---|---|---|
| Federal W/H | 43.00 | 233.56 |
| FICA | 46.13 | 308.45 |
| Medicare | 10.79 | 72.14 |
| PA W/H | 22.84 | 152.72 |
| PA SUI W/H | .45 | 2.99 |
| PA, Philadelphia Cit | 28.57 | 191.04 |

| Additional Deductions |  |  |
|---|---|---|
| 32BJ February Dues |  | 55.00 |
| 32BJ January Dues |  | 55.00 |

| Benefits | Balance |
|---|---|
| Sick Leave | 16.00 |

Advice Number: 71408688
Advice Date: 02/24/2022

Universal Protection Service, LLC
161 Washington Street, Suite 600
Eight Tower Bridge
Conshohocken, PA 19428

| Deposited to the account of | Account Number | Amount |
|---|---|---|
| Karon A Simmons | XXXX2051 | 562.46 |

NON-NEGOTIABLE

# Earnings Statement

Universal Protection Service, LLC
161 Washington Street, Suite 600
Eight Tower Bridge
Conshohocken, PA 19428

Page 001 of 001
Period Beg/End: 02/18/2022 - 02/24/2022
Advice Date: 03/03/2022
Advice Number: 71629008
Batch Number: 88563
Employee No: 132321

| | Exemptions | Addl | Status |
|---|---|---|---|
| Fed: | 3 | $0.00 | Single |
| State: | 0 | $0.00 | |

Karon A Simmons
5920 Webster Street
Philadelphia, PA 19143

For inquiries on this statement please call: (800)260-0852
Total Hours Worked: 32.00
Basis of Pay: Hourly

| Gross Pay | Current | YearToDate | Misc Income/Adj | Current | YearToDate |
|---|---|---|---|---|---|
| Wages | 496.00 | 5471.03 | | | |
| Misc Income/Adj | .00 | .00 | | | |
| Total Gross Pay | 496.00 | 5471.03 | | | |
| Deductions | | | | | |
| Pre-tax | 19.84 | 218.85 | | | |
| Taxes | 87.73 | 1048.63 | Pre-Tax Deductions | | |
| Additional Deductions | 55.00 | 165.00 | 401K | 19.84 | 218.85 |
| Total Deductions | 162.57 | 1432.48 | | | |
| NET PAY | $333.43 | $4,038.55 | | | |
| Federal Earnings | 476.16 | 5252.18 | | | |
| FICA Earnings | 496.00 | 5471.03 | | | |

| Wages WkEnding Type | Reg Rate | Prem Rate | Reg Hours | OT Hours | DT Hours | Taxes | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | Federal W/H | 15.21 | 248.77 |
| 02/24/22 Regular | 15.500 | | 32.00 | | | FICA | 30.75 | 339.20 |
| | | | | | | Medicare | 7.19 | 79.33 |
| | | | | | | PA W/H | 15.23 | 167.95 |
| | Total | | 32.00 | .00 | .00 | PA SUI W/H | .30 | 3.29 |
| | | | | | | PA, Philadelphia Cit | 19.05 | 210.09 |

Additional Deductions
| 32BJ March Dues | 55.00 | 55.00 |
| 32BJ February Dues | | 55.00 |
| 32BJ January Dues | | 55.00 |

| Benefits | | Balance |
|---|---|---|
| Sick Leave | | 16.00 |

Advice Number: 71629008
Advice Date: 03/03/2022

Universal Protection Service, LLC
161 Washington Street, Suite 600
Eight Tower Bridge
Conshohocken, PA 19428

| Deposited to the account of | Account Number | Amount |
|---|---|---|
| Karon A Simmons | XXXX2051 | 333.43 |

NON-NEGOTIABLE

# Earnings Statement

Universal Protection Service, LLC
161 Washington Street, Suite 600
Eight Tower Bridge
Conshohocken, PA 19428

Page 001 of 001
Period Beg/End: 02/25/2022 - 03/03/2022
Advice Date: 03/10/2022
Advice Number: 71852108
Batch Number: 88795
Employee No: 132321

|  | Exemptions | Addl | Status |
|---|---|---|---|
| Fed: | 3 | $0.00 | Single |
| State: | 0 | $0.00 | |

For inquiries on this statement please call: (800)260-0852
Total Hours Worked: 40.00
Basis of Pay: Hourly

Karon A Simmons
5920 Webster Street
Philadelphia, PA 19143

| Gross Pay | Current | YearToDate |
|---|---|---|
| Wages | 620.00 | 6091.03 |
| Misc Income/Adj | .00 | .00 |
| Total Gross Pay | 620.00 | 6091.03 |
| Deductions | | |
| Pre-tax | 24.80 | 243.65 |
| Taxes | 119.35 | 1167.98 |
| Additional Deductions | .00 | 165.00 |
| Total Deductions | 144.15 | 1576.63 |
| NET PAY | $475.85 | $4,514.40 |
| Federal Earnings | 595.20 | 5847.38 |
| FICA Earnings | 620.00 | 6091.03 |

| Misc Income/Adj | Current | YearToDate |
|---|---|---|
| Pre-Tax Deductions | | |
| 401K | 24.80 | 243.65 |

| Wages | | | | | |
|---|---|---|---|---|---|
| WkEnding Type | Reg Rate | Prem Rate | Reg Hours | OT Hours | DT Hours |
| 03/03/22 Regular | 15.500 | | 40.00 | | |
| Total | | | 40.00 | .00 | .00 |

| Taxes | | |
|---|---|---|
| Federal W/H | 28.71 | 277.48 |
| FICA | 38.44 | 377.64 |
| Medicare | 8.99 | 88.32 |
| PA W/H | 19.03 | 186.98 |
| PA SUI W/H | .37 | 3.66 |
| PA, Philadelphia Cit | 23.81 | 233.90 |

| Additional Deductions | |
|---|---|
| 32BJ February Dues | 55.00 |
| 32BJ January Dues | 55.00 |
| 32BJ March Dues | 55.00 |

| Benefits | Balance |
|---|---|
| Sick Leave | 16.00 |

Universal Protection Service, LLC
161 Washington Street, Suite 600
Eight Tower Bridge
Conshohocken, PA 19428

Advice Number: 71852108
Advice Date: 03/10/2022

| Deposited to the account of | Account Number | Amount |
|---|---|---|
| Karon A Simmons | XXXX2051 | 475.85 |

NON-NEGOTIABLE

# Earnings Statement

Universal Protection Service, LLC  
161 Washington Street, Suite 600  
Eight Tower Bridge  
Conshohocken, PA 19428

Page 001 of 001  
Period Beg/End: 03/04/2022 - 03/10/2022  
Advice Date: 03/17/2022  
Advice Number: 72086289  
Batch Number: 89013  
Employee No: 132321

|        | Exemptions | Addl   | Status |
|--------|------------|--------|--------|
| Fed:   | 3          | $0.00  | Single |
| State: | 0          | $0.00  |        |

For inquiries on this statement please call: (800)260-0852  
Total Hours Worked: 40.00  
Basis of Pay: Hourly

Karon A Simmons  
5920 Webster Street  
Philadelphia, PA 19143

| Gross Pay            | Current  | YearToDate |
|----------------------|----------|------------|
| Wages                | 620.00   | 6711.03    |
| Misc Income/Adj      | .00      | .00        |
| Total Gross Pay      | 620.00   | 6711.03    |
| Deductions           |          |            |
| Pre-tax              | 24.80    | 268.45     |
| Taxes                | 118.30   | 1286.28    |
| Additional Deductions| .00      | 165.00     |
| Total Deductions     | 143.10   | 1719.73    |
| NET PAY              | $476.90  | $4,991.30  |
| Federal Earnings     | 595.20   | 6442.58    |
| FICA Earnings        | 620.00   | 6711.03    |

| Misc Income/Adj | Current | YearToDate |
|-----------------|---------|------------|

| Pre-Tax Deductions | Current | YearToDate |
|--------------------|---------|------------|
| 401K               | 24.80   | 268.45     |

| Wages    |         | Reg   | Prem  | Reg   | OT    | DT    |
|----------|---------|-------|-------|-------|-------|-------|
| WkEnding | Type    | Rate  | Rate  | Hours | Hours | Hours |
| 03/10/22 | Regular | 15.500|       | 40.00 |       |       |
|          | Total   |       |       | 40.00 | .00   | .00   |

| Taxes               | Current | YearToDate |
|---------------------|---------|------------|
| Federal W/H         | 27.66   | 305.14     |
| FICA                | 38.44   | 416.08     |
| Medicare            | 8.99    | 97.31      |
| PA W/H              | 19.03   | 206.01     |
| PA SUI W/H          | .37     | 4.03       |
| PA, Philadelphia Cit| 23.81   | 257.71     |

| Additional Deductions |       |       |
|-----------------------|-------|-------|
| 32BJ February Dues    |       | 55.00 |
| 32BJ January Dues     |       | 55.00 |
| 32BJ March Dues       |       | 55.00 |

| Benefits    | Balance |
|-------------|---------|
| Sick Leave  | 16.00   |

Advice Number: 72086289  
Advice Date: 03/17/2022

Universal Protection Service, LLC  
161 Washington Street, Suite 600  
Eight Tower Bridge  
Conshohocken, PA 19428

| Deposited to the account of | Account Number | Amount |
|-----------------------------|----------------|--------|
| Karon A Simmons             | XXXX2051       | 476.90 |

NON-NEGOTIABLE

# Earnings Statement

Universal Protection Service, LLC
161 Washington Street, Suite 600
Eight Tower Bridge
Conshohocken, PA 19428

Page 001 of 001
Period Beg/End: 03/11/2022 - 03/17/2022
Advice Date: 03/24/2022
Advice Number: 72305612
Batch Number: 89229
Employee No: 132321

| Exemptions | Addl | Status |
|---|---|---|
| Fed: 3 | $0.00 | Single |
| State: 0 | $0.00 | |

For inquiries on this statement please call: (800)260-0852
Total Hours Worked: 40.00
Basis of Pay: Hourly

Karon A Simmons
5920 Webster Street
Philadelphia, PA 19143

| Gross Pay | Current | YearToDate |
|---|---|---|
| Wages | 620.00 | 7331.03 |
| Misc Income/Adj | .00 | .00 |
| Total Gross Pay | 620.00 | 7331.03 |
| Deductions | | |
| Pre-tax | 24.80 | 293.25 |
| Taxes | 118.30 | 1404.58 |
| Additional Deductions | .00 | 165.00 |
| Total Deductions | 143.10 | 1862.83 |
| NET PAY | $476.90 | $5,468.20 |
| Federal Earnings | 595.20 | 7037.78 |
| FICA Earnings | 620.00 | 7331.03 |

| Misc Income/Adj | Current | YearToDate |
|---|---|---|

| Wages WkEnding Type | Reg Rate | Prem Rate | Reg Hours | OT Hours | DT Hours |
|---|---|---|---|---|---|
| 03/17/22 Regular | 15.500 | | 40.00 | | |
| Total | | | 40.00 | .00 | .00 |

| Pre-Tax Deductions | Current | YearToDate |
|---|---|---|
| 401K | 24.80 | 293.25 |

| Taxes | Current | YearToDate |
|---|---|---|
| Federal W/H | 27.66 | 332.80 |
| FICA | 38.44 | 454.52 |
| Medicare | 8.99 | 106.30 |
| PA W/H | 19.03 | 225.04 |
| PA SUI W/H | .37 | 4.40 |
| PA, Philadelphia Cit | 23.81 | 281.52 |

| Additional Deductions | | |
|---|---|---|
| 32BJ February Dues | | 55.00 |
| 32BJ January Dues | | 55.00 |
| 32BJ March Dues | | 55.00 |

| Benefits | Balance |
|---|---|
| Sick Leave | 16.00 |

Universal Protection Service, LLC
161 Washington Street, Suite 600
Eight Tower Bridge
Conshohocken, PA 19428

Advice Number: 72305612
Advice Date: 03/24/2022

| Deposited to the account of | Account Number | Amount |
|---|---|---|
| Karon A Simmons | XXXX2051 | 476.90 |

NON-NEGOTIABLE

# Earnings Statement

Universal Protection Service, LLC
161 Washington Street, Suite 600
Eight Tower Bridge
Conshohocken, PA 19428

Page 001 of 001
Period Beg/End: 03/18/2022 - 03/24/2022
Advice Date: 03/31/2022
Advice Number: 72536587
Batch Number: 89452
Employee No: 132321

|  | Exemptions | Addl | Status |
|---|---|---|---|
| Fed: | 3 | $0.00 | Single |
| State: | 0 | $0.00 |  |

For inquiries on this statement please call: (800)260-0852
Total Hours Worked: 32.00
Basis of Pay: Hourly

Karon A Simmons
5920 Webster Street
Philadelphia, PA 19143

| Gross Pay | Current | YearToDate | Misc Income/Adj | Current | YearToDate |
|---|---|---|---|---|---|
| Wages | 620.00 | 7951.03 |  |  |  |
| Misc Income/Adj | .00 | .00 |  |  |  |
| Total Gross Pay | 620.00 | 7951.03 |  |  |  |
| **Deductions** |  |  |  |  |  |
| Pre-tax | 24.80 | 318.05 |  |  |  |
| Taxes | 118.30 | 1522.88 | **Pre-Tax Deductions** |  |  |
| Additional Deductions | .00 | 165.00 | 401K | 24.80 | 318.05 |
| Total Deductions | 143.10 | 2005.93 |  |  |  |
| NET PAY | $476.90 | $5,945.10 |  |  |  |
| Federal Earnings | 595.20 | 7632.98 |  |  |  |
| FICA Earnings | 620.00 | 7951.03 |  |  |  |

| Wages | Reg Rate | Prem Rate | Reg Hours | OT Hours | DT Hours | Taxes | | |
|---|---|---|---|---|---|---|---|---|
| WkEnding Type |  |  |  |  |  | Federal W/H | 27.66 | 360.46 |
| 03/24/22 Regular | 15.500 |  | 32.00 |  |  | FICA | 38.44 | 492.96 |
| 03/24/22 Sick | 15.500 |  | 8.00 |  |  | Medicare | 8.99 | 115.29 |
|  |  |  |  |  |  | PA W/H | 19.03 | 244.07 |
|  | Total |  | 40.00 | .00 | .00 | PA SUI W/H | .37 | 4.77 |
|  |  |  |  |  |  | PA, Philadelphia Cit | 23.81 | 305.33 |

Additional Deductions
| 32BJ February Dues |  | 55.00 |
| 32BJ January Dues |  | 55.00 |
| 32BJ March Dues |  | 55.00 |

| Benefits |  | Balance |
|---|---|---|
| Sick Leave |  | 8.00 |

Universal Protection Service, LLC
161 Washington Street, Suite 600
Eight Tower Bridge
Conshohocken, PA 19428

Advice Number: 72536587
Advice Date: 03/31/2022

| Deposited to the account of | Account Number | Amount |
|---|---|---|
| Karon A Simmons | XXXX2051 | 476.90 |

**NON-NEGOTIABLE**