### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Case No. 22-10925-mdc |
| | : | |
| Karon A. Simmons, | : | Chapter 13 |
| | : | |
| Debtor. | : | |

### Notice of Objection to Claim No. 4
### of Claimant AmeriCredit Financial Services Inc. dba GM Financial and Hearing Date

The Debtor in the above-captioned matter has filed an objection to the proof of claim you filed in this bankruptcy case.

1. **Your claim may be reduced, modified, or eliminated**. You should read these papers carefully and discuss them with your attorney, if you have one. (If you do not have an attorney, you may wish to consult an attorney).

2. **If you do not want the court to change or eliminate your claim, you or your lawyer must attend the hearing on the objection**, scheduled to be held telephonically on Tuesday, September 27, 2022, at 10:30 a.m. before Chief U.S. Bankruptcy Judge Magdeline D. Coleman. To attend the hearing, dial 877.336.1828 and enter access code 7855846. If you or your attorney do not attend the hearing on the objection, the court may decide that you do not oppose the objection to your claim.

3. **If you intend to appear at the hearing** to contest the objection to your claim, **you must notify the person listed below on or before Thursday, September 20, 2022**. If you do not notify the person listed below that you intend to appear, the Objector will be entitled to a postponement of the hearing.

                Michael I. Assad
                Cibik Law, P.C.
                1500 Walnut Street, Suite 900
                Philadelphia, PA 19102
                215-735-1060
                mail@cibiklaw.com

Dated: August 22, 2022