# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Case No. 22-10925-mdc |
| | : | |
| Karon A. Simmons, | : | Chapter 13 |
| | : | |
| Debtor. | : | |

## Certificate of Service

I hereby certify that on this date a true and correct copy of the Debtor's Objection to Claim No. 8 by Claimant Internal Revenue Service was served on all parties listed below by first class mail or through the CM/ECF system, along with the notice, the proposed order, and all exhibits.

Dated:  August 22, 2022

/s/ Michael I. Assad
Michael I. Assad (#330937)
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com

## Service List

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

KENNETH E. WEST
ecfemails@ph13trustee.com

I.R.S.
PO Box 7346
Philadelphia, PA 19101-7346

Hon. Jennifer Arbittier Williams
U.S. Attorney's Office (I.R.S.)
615 Chestnut Street, Suite 1250
Philadelphia, PA 19106

Hon. Merrick B. Garland
U.S. Department of Justice (I.R.S.)
950 Pennsylvania Avenue, NW
Washington, DC 20530