# United States Bankruptcy Court
## Eastern District of Pennsylvania

| | |
|---|---|
| In re:<br><br>Karon A. Simmons,<br><br>       Debtor. | Case No. 22-10925-mdc<br><br>Chapter 13 |

**Praecipe to Withdraw Document**

To the Clerk of Court:

Please withdraw the Debtor's Objection to Claim Number 8 by Claimant Internal Revenue Service, which was filed with the Court on August 22, 2022 as ECF No. 27. Thank you.

Date: September 6, 2022

CIBIK LAW, P.C.
*Counsel for Debtor Karon A. Simmons*

By: /s/ Michael I. Assad
  Michael I. Assad (#330937)
  1500 Walnut Street, Suite 900
  Philadelphia, PA 19102
  215-735-1060
  mail@cibiklaw.com