# In the United States Bankruptcy Court
# for the Eastern District of Pennsylvania

In re:

    Karon A. Simmons,

                Debtor.

Case No. 22-10925-mdc

Chapter 13

Related to ECF No. 27

### Praecipe to Withdraw Document

To the Clerk of Court:

    Please withdraw the Debtor's Objection to Claim Number 8 by Claimant Internal Revenue Service, which was filed on August 22, 2022, as ECF No. 27. Thank you.

Date: September 27, 2022

CIBIK LAW, P.C.
*Counsel for Debtor Karon A. Simmons*

By: */s/ Michael I. Assad*
    Michael I. Assad (#330937)
    1500 Walnut Street, Suite 900
    Philadelphia, PA 19102
    215-735-1060
    mail@cibiklaw.com