## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Case No. 22-10925-mdc |
| | : | |
| Karon A. Simmons, | : | Chapter 13 |
| | : | |
| Debtor. | : | |

### Order on Debtor's Objection to Claim No. 4
### by AmeriCredit Financial Services Inc. dba GM Financial

**AND NOW**, on this __27th__ day of __September__ 2022, after consideration of the Debtor's Objection to Claim No. 4 by Claimant AmeriCredit Financial Services Inc. dba GM Financial, and after notice and a hearing, it is hereby **ORDERED** that the Debtor's objection is **SUSTAINED**. It is further

**ORDERED** that Claim No. 4 is **DISALLOWED**.

BY THE COURT:

_____
Magdeline D. Coleman
*Chief U.S. Bankruptcy Judge*