# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 22-10925-MDC

KARON A. SIMMONS

5920 WEBSTER STREET

PHILADELPHIA, PA 19143

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes Kenneth E. West, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    KARON A. SIMMONS

    5920 WEBSTER STREET

    PHILADELPHIA, PA 19143

Counsel for debtor(s), by electronic notice only.

    MICHAEL A. CIBIK, ESQ.
    1500 WALNUT STREET
    SUITE 900
    PHILADELPHIA, PA 19102-

                                    /S/ Kenneth E. West

Date: 10/11/2022                              _____

                                          Kenneth E. West, Esquire
                                          Chapter 13 Standing Trustee