United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 22-10925-mdc |
| Karon A. Simmons | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Oct 28, 2022 | Form ID: pdf900 | Total Noticed: 3 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 30, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Karon A. Simmons, 5920 Webster Street, Philadelphia, PA 19143-2414 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 14687989 | + Email/Text: bankruptcygroup@peco-energy.com | Oct 28 2022 23:43:00 | PECO Energy Company, 2301 Market Street, 04 NW, Philadelphia, PA 19103-1380 |
| 14684357 | Email/Text: bankruptcygroup@peco-energy.com | Oct 28 2022 23:43:00 | Peco Energy, 2301 Market Street # N 3-1, Legal Department, Philadelphia PA 19103-1338 |

TOTAL: 2

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 30, 2022          Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 28, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| BRIAN CRAIG NICHOLAS | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| KENNETH E. WEST | |

District/off: 0313-2 — User: admin — Page 2 of 2
Date Rcvd: Oct 28, 2022 — Form ID: pdf900 — Total Noticed: 3

on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com  philaecf@gmail.com

MICHAEL A. CIBIK
on behalf of Debtor Karon A. Simmons mail@cibiklaw.com  cibiklawpc@jubileebk.net

MICHAEL I. ASSAD
on behalf of Debtor Karon A. Simmons mail@cibiklaw.com  cibiklawpc@jubileebk.net

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 6

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Case No. 22-10925-mdc |
| | : | |
| Karon A. Simmons, | : | Chapter 13 |
| | : | |
| Debtor. | : | |

**Order on Debtor's Objection to Claim No. 9 by PECO Energy Company**

**AND NOW**, on this \_\_\_27th\_\_\_ day of \_\_\_\_October\_\_\_\_ 2022, after consideration of the Debtor's Objection to Claim No. 9 by Claimant PECO Energy Company, and after notice and a hearing, it is hereby **ORDERED** that the Debtor's objection is **SUSTAINED**. It is further

**ORDERED** that Claim No. 9 is **DISALLOWED**.

BY THE COURT:

_____
Magdeline D. Coleman
*Chief U.S. Bankruptcy Judge*