United States Bankruptcy Court

Eastern District of Pennsylvania

| In re: | Case No. 22-10925-mdc |
|---|---|
| Karon A. Simmons | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Nov 03, 2022 | Form ID: 155 | Total Noticed: 46 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 05, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Karon A. Simmons, 5920 Webster Street, Philadelphia, PA 19143-2414 |
| 14684341 | + | Cibik Law, PC, 1500 Walnut Street, Suite 900, Philadelphia, PA 19102-3518 |
| 14684356 | | PA Dept. of Revenue, Bankruptcy Division, Bureau of Compliance, P.O. Box 280946, Harrisburg, PA 17120-0946 |
| 14684358 | + | PGW, Legal Dept. 4th Floor, 800 W. Montgomery Avenue, Philadelphia, PA 19122-2806 |
| 14687093 | + | PNC BANK, NATIONAL ASSOCIATION, C/O REBECCA ANN SOLARZ, KML Law Group, P.C., 701 Market Stre, Ste. 5000, Philadelphia, PA 19106-1541 |
| 14684360 | + | Philadelphia Traffic Court, Hon. Gary Glazer, 800 Spring Garden Street, Philadelphia, PA 19123-2616 |
| 14685162 | + | U.S. Department of Housing and Urban Development, 100 Penn Square East 11th Floor, Philadelphia, PA 19107-3325 |
| 14686677 | + | Westlake Services, LLC, c/o Resurgent Capital Services, P.O. Box 3427, Greenville, SC 29602-3427 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14686230 | | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Nov 04 2022 00:13:00 | AmeriCredit Financial Services, Inc., dba GM Financial, P O Box 183853, Arlington, TX 76096 |
| 14684339 | | Email/Text: collectors@arresourcesinc.com | Nov 04 2022 00:13:00 | AR Resources, Inc., ATTN: Bankruptcy, PO Box 1056, Blue Bell, PA 19422 |
| 14685587 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Nov 04 2022 00:13:00 | AmeriCredit Financial Services, Inc. dba GM Financ, P O Box 183853, Arlington, TX 76096-3853 |
| 14684344 | | Email/Text: megan.harper@phila.gov | Nov 04 2022 00:14:00 | City of Philadelphia, Bankruptcy Unit, 15th Floor, 1515 Arch Street, Philadelphia, PA 19102 |
| 14684737 | | Email/Text: megan.harper@phila.gov | Nov 04 2022 00:14:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14684343 | | Email/Text: megan.harper@phila.gov | Nov 04 2022 00:14:00 | City Of Philadelphia, Major Tax Unit/Bankruptcy Dept., 1401 JFK Blvd, Room 580, Philadelphia, PA 19102 |
| 14684340 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 04 2022 00:25:36 | Capital One, Attn: Bankruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 14692812 | + | Email/PDF: ebn_ais@aisinfo.com | Nov 04 2022 00:25:38 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14684342 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 04 2022 00:25:28 | Citibank/The Home Depot, Citicorp Credit Srvs/Centralized Bk dept, PO Box 790034, St Louis, MO 63179-0034 |
| 14684345 | + | Email/Text: bankruptcy@philapark.org | Nov 04 2022 00:14:00 | City of Philadelphia, Parking Violation Branch, PO Box 41819, Philadelphia, PA 19101-1819 |
| 14684346 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 04 2022 00:13:00 | Comenity Bank/Ashley Stewart, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |

District/off: 0313-2                           User: admin                                    Page 2 of 3
Date Rcvd: Nov 03, 2022                     Form ID: 155                           Total Noticed: 46

| | | | | |
|---|---|---|---|---|
| 14684347 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 04 2022 00:13:00 | Comenitycapital/bjsclb, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 14684348 | + | Email/PDF: creditonebknotifications@resurgent.com | Nov 04 2022 00:25:27 | Credit One Bank, Attn: Bankruptcy Department, PO Box 98873, Las Vegas, NV 89193-8873 |
| 14684349 | ^ | MEBN | Nov 04 2022 00:11:19 | Equifax, P.O. Box 740241, Atlanta, GA 30374-0241 |
| 14684350 | ^ | MEBN | Nov 04 2022 00:11:21 | Experian, Profile Maintenance, P.O. Box 9558, Allen, Texas 75013-9558 |
| 14684351 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Nov 04 2022 00:13:00 | Fortiva, Attn: Bankruptcy, PO Box 105555, Atlanta, GA 30348-5555 |
| 14684352 | + | Email/Text: bankruptcy@sccompanies.com | Nov 04 2022 00:14:00 | Ginnys/Swiss Colony Inc, Attn: Credit Department, PO Box 2825, Monroe, WI 53566-8025 |
| 14684353 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Nov 04 2022 00:13:00 | I.R.S., P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 14694056 | | Email/Text: JCAP_BNC_Notices@jcap.com | Nov 04 2022 00:14:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 14684354 | + | Email/Text: PBNCNotifications@peritusservices.com | Nov 04 2022 00:13:00 | Kohls/Capital One, Attn: Credit Administrator, PO Box 3043, Milwaukee, WI 53201-3043 |
| 14687857 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 04 2022 00:25:37 | LVNV Funding LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14684052 | + | Email/Text: bankruptcydpt@mcmcg.com | Nov 04 2022 00:14:00 | MIDLAND CREDIT MANAGEMENT, INC. as agent for, Asset Acceptance, LLC, Po Box 2036, Warren MI 48090-2036 |
| 14684355 | + | Email/Text: bankruptcy@sccompanies.com | Nov 04 2022 00:14:00 | Midnight Velvet/Swiss Colony, Attn: Bankruptcy, 1112 Seventh Ave, Monroe, WI 53566-1364 |
| 14687989 | + | Email/Text: bankruptcygroup@peco-energy.com | Nov 04 2022 00:13:00 | PECO Energy Company, 2301 Market Street, 04 NW, Philadelphia, PA 19103-1380 |
| 14690101 | | Email/Text: Bankruptcy.Notices@pnc.com | Nov 04 2022 00:13:00 | PNC Bank, National Association, Attn: Bankruptcy Dept., 3232 Newmark Drive, Miamisburg, OH 45342 |
| 14684361 | | Email/Text: Bankruptcy.Notices@pnc.com | Nov 04 2022 00:13:00 | PNC Mortgage, Attn: Bankruptcy, PO Box 8819, Dayton, OH 45401 |
| 14686921 | ^ | MEBN | Nov 04 2022 00:11:31 | PNC BANK, NATIONAL ASSOCIATION, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14699095 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 04 2022 00:25:28 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14684362 | | Email/Text: signed.order@pfwattorneys.com | Nov 04 2022 00:13:00 | Pressler and Pressler, Barry Rosin, 7 Entin Road, Parsippany, NJ 07054 |
| 14684357 | | Email/Text: bankruptcygroup@peco-energy.com | Nov 04 2022 00:13:00 | Peco Energy, 2301 Market Street # N 3-1, Legal Department, Philadelphia PA 19103-1338 |
| 14684359 | + | Email/Text: bankruptcy@philapark.org | Nov 04 2022 00:14:00 | Philadelphia Parking Authority, Bankruptcy Department, 701 Market Street, Philadelphia, PA 19106-2895 |
| 14697130 | | Email/Text: bnc-quantum@quantum3group.com | Nov 04 2022 00:13:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14697131 | | Email/Text: bnc-quantum@quantum3group.com | Nov 04 2022 00:13:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14684363 | + | Email/PDF: resurgentbknotifications@resurgent.com | Nov 04 2022 00:25:27 | Resurgent Capital Services, Attn: Bankruptcy, PO Box 10497, Greenville, SC 29603-0497 |
| 14698922 | + | Email/Text: bncmail@w-legal.com | | |

District/off: 0313-2                    User: admin                              Page 3 of 3

Date Rcvd: Nov 03, 2022                 Form ID: 155                         Total Noticed: 46

| | | Nov 04 2022 00:14:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 14684365 | Email/Text: DASPUBREC@transunion.com | Nov 04 2022 00:13:00 | Trans Union Corporation, Public Records Department, 555 West Adams Street, Chicago, IL 60661 |
| 14684364 | + Email/Text: bncmail@w-legal.com | Nov 04 2022 00:13:00 | Target, c/o Financial & Retail Services, Mailstop BT PO Box 9475, Minneapolis, MN 55440-9475 |
| 14684366 | + Email/Text: BankruptcyNotice@westlakefinancial.com | Nov 04 2022 00:14:00 | Western Funding Inc, Attn: Bankruptcy Dept, PO Box 94858, Las Vegas, NV 89193-4858 |

TOTAL: 38

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 05, 2022                 Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 3, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| BRIAN CRAIG NICHOLAS | on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com  philaecf@gmail.com |
| MICHAEL A. CIBIK | on behalf of Debtor Karon A. Simmons mail@cibiklaw.com  cibiklawpc@jubileebk.net |
| MICHAEL I. ASSAD | on behalf of Debtor Karon A. Simmons mail@cibiklaw.com  cibiklawpc@jubileebk.net |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 6

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Karon A. Simmons

        Debtor(s)                                    Chapter: 13

                                            Bankruptcy No: 22−10925−mdc

_____

### *ORDER CONFIRMING PLAN UNDER CHAPTER 13*

    AND NOW, this November 3, 2022 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

                                          Magdeline D. Coleman
                                        Chief Judge ,
                                        United States Bankruptcy Court

66 – 11
Form 155