# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Karon A. Simmons<br>    <u>Debtor</u><br><br>PNC BANK, NATIONAL ASSOCIATION<br>    <u>Movant</u><br>  vs.<br><br>Karon A. Simmons<br>    <u>Debtor</u><br><br>and Kenneth E. West, Esq.<br>    <u>Trustee</u> | Chapter 13<br><br><br>NO. 22-10925 MDC<br><br><br>11 U.S.C. Section 362 |

## ORDER

  AND NOW, this  28th  day of  December  2022, upon the filing of a Certification of Default by the Movant in accordance with the Stipulation of the parties approved on September 3, 2022, it is ORDERED AND DECREED that:

  The Automatic Stay of all proceedings, as provided under 11 U.S.C. Sections 362 and 1301 of the Bankruptcy Reform Act of 1978 (The Code) 11 U.S.C. 11 U.S.C. Sections 362 and 1301 (if applicable), is modified to allow PNC BANK, NATIONAL ASSOCIATION and its successor in title to proceed with the execution process through, among other remedies but not limited to Sheriff's Sale regarding the premises 5920 Webster Street Philadelphia, PA 19143.

  The stay provided by Bankruptcy Rule 4001(a)(3) has been waived.

                          _____
                          Magdeline D. Coleman
                          Chief U.S. Bankruptcy Judge