United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 22-10925-mdc |
| Karon A. Simmons | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 4 |
| Date Rcvd: Mar 10, 2023 | Form ID: pdf900 | Total Noticed: 48 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 12, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Karon A. Simmons, 5920 Webster Street, Philadelphia, PA 19143-2414 |
| 14684341 | + | Cibik Law, PC, 1500 Walnut Street, Suite 900, Philadelphia, PA 19102-3518 |
| 14684356 | | PA Dept. of Revenue, Bankruptcy Division, Bureau of Compliance, P.O. Box 280946, Harrisburg, PA 17120-0946 |
| 14684358 | + | PGW, Legal Dept. 4th Floor, 800 W. Montgomery Avenue, Philadelphia, PA 19122-2806 |
| 14687093 | + | PNC BANK, NATIONAL ASSOCIATION, C/O REBECCA ANN SOLARZ, KML Law Group, P.C., 701 Market Stre, Ste. 5000, Philadelphia, PA 19106-1541 |
| 14684360 | + | Philadelphia Traffic Court, Hon. Gary Glazer, 800 Spring Garden Street, Philadelphia, PA 19123-2616 |
| 14685162 | + | U.S. Department of Housing and Urban Development, 100 Penn Square East 11th Floor, Philadelphia, PA 19107-3325 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Mar 11 2023 00:01:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 11 2023 00:01:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14686230 | | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Mar 11 2023 00:01:00 | AmeriCredit Financial Services, Inc., dba GM Financial, P O Box 183853, Arlington, TX 76096 |
| 14684339 | | Email/Text: collectors@arresourcesinc.com | Mar 11 2023 00:01:00 | AR Resources, Inc., ATTN: Bankruptcy, PO Box 1056, Blue Bell, PA 19422 |
| 14685587 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Mar 11 2023 00:01:00 | AmeriCredit Financial Services, Inc. dba GM Financ, P O Box 183853, Arlington, TX 76096-3853 |
| 14684343 | | Email/Text: megan.harper@phila.gov | Mar 11 2023 00:01:00 | City Of Philadelphia, Major Tax Unit/Bankruptcy Dept., 1401 JFK Blvd, Room 580, Philadelphia, PA 19102 |
| 14684344 | | Email/Text: megan.harper@phila.gov | Mar 11 2023 00:01:00 | City of Philadelphia, Bankruptcy Unit, 15th Floor, 1515 Arch Street, Philadelphia, PA 19102 |
| 14684737 | | Email/Text: megan.harper@phila.gov | Mar 11 2023 00:01:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14684340 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 11 2023 00:11:02 | Capital One, Attn: Bankruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 14692812 | + | Email/PDF: ebn_ais@aisinfo.com | Mar 11 2023 00:11:00 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14684342 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 11 2023 00:10:58 | Citibank/The Home Depot, Citicorp Credit Srvs/Centralized Bk dept, PO Box 790034, St Louis, MO 63179-0034 |

| Recipient ID | Flag | Delivery Method | Date/Time | Name/Address |
|---|---|---|---|---|
| 14684345 | + | Email/Text: bankruptcy@philapark.org | Mar 11 2023 00:01:00 | City of Philadelphia, Parking Violation Branch, PO Box 41819, Philadelphia, PA 19101-1819 |
| 14684346 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 11 2023 00:01:00 | Comenity Bank/Ashley Stewart, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 14684347 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 11 2023 00:01:00 | Comenitycapital/bjsclb, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 14684348 | + | Email/PDF: creditonebknotifications@resurgent.com | Mar 11 2023 00:11:03 | Credit One Bank, Attn: Bankruptcy Department, PO Box 98873, Las Vegas, NV 89193-8873 |
| 14684349 | | ^ MEBN | Mar 10 2023 23:59:04 | Equifax, P.O. Box 740241, Atlanta, GA 30374-0241 |
| 14684350 | | ^ MEBN | Mar 10 2023 23:59:06 | Experian, Profile Maintenance, P.O. Box 9558, Allen, Texas 75013-9558 |
| 14684351 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Mar 11 2023 00:01:00 | Fortiva, Attn: Bankruptcy, PO Box 105555, Atlanta, GA 30348-5555 |
| 14684352 | + | Email/Text: bankruptcy@sccompanies.com | Mar 11 2023 00:01:00 | Ginnys/Swiss Colony Inc, Attn: Credit Department, PO Box 2825, Monroe, WI 53566-8025 |
| 14684353 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Mar 11 2023 00:01:00 | I.R.S., P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 14694056 | | Email/Text: JCAP_BNC_Notices@jcap.com | Mar 11 2023 00:01:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 14684354 | + | Email/Text: PBNCNotifications@peritusservices.com | Mar 11 2023 00:01:00 | Kohls/Capital One, Attn: Credit Administrator, PO Box 3043, Milwaukee, WI 53201-3043 |
| 14687857 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 11 2023 00:11:03 | LVNV Funding LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14684052 | + | Email/Text: bankruptcydpt@mcmcg.com | Mar 11 2023 00:01:00 | MIDLAND CREDIT MANAGEMENT, INC. as agent for, Asset Acceptance, LLC, Po Box 2036, Warren MI 48090-2036 |
| 14684355 | + | Email/Text: bankruptcy@sccompanies.com | Mar 11 2023 00:01:00 | Midnight Velvet/Swiss Colony, Attn: Bankruptcy, 1112 Seventh Ave, Monroe, WI 53566-1364 |
| 14687989 | + | Email/Text: bankruptcygroup@peco-energy.com | Mar 11 2023 00:01:00 | PECO Energy Company, 2301 Market Street, 04 NW, Philadelphia, PA 19103-1380 |
| 14690101 | | Email/Text: Bankruptcy.Notices@pnc.com | Mar 11 2023 00:01:00 | PNC Bank, National Association, Attn: Bankruptcy Dept., 3232 Newmark Drive, Miamisburg, OH 45342 |
| 14684361 | | Email/Text: Bankruptcy.Notices@pnc.com | Mar 11 2023 00:01:00 | PNC Mortgage, Attn: Bankruptcy, PO Box 8819, Dayton, OH 45401 |
| 14686921 | | ^ MEBN | Mar 10 2023 23:59:15 | PNC BANK, NATIONAL ASSOCIATION, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14699095 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 11 2023 00:10:57 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14684362 | | Email/Text: signed.order@pfwattorneys.com | Mar 11 2023 00:01:00 | Pressler and Pressler, Barry Rosin, 7 Entin Road, Parsippany, NJ 07054 |
| 14684357 | | Email/Text: bankruptcygroup@peco-energy.com | Mar 11 2023 00:01:00 | Peco Energy, 2301 Market Street # N 3-1, Legal Department, Philadelphia PA 19103-1338 |
| 14684359 | + | Email/Text: bankruptcy@philapark.org | Mar 11 2023 00:01:00 | Philadelphia Parking Authority, Bankruptcy Department, 701 Market Street, Philadelphia, PA 19106-1540 |
| 14697130 | | Email/Text: bnc-quantum@quantum3group.com | Mar 11 2023 00:01:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14697131 | | Email/Text: bnc-quantum@quantum3group.com | Mar 11 2023 00:01:00 | Quantum3 Group LLC as agent for, Comenity |

Case 22-10925-mdc    Doc 79    Filed 03/12/23    Entered 03/13/23 01:29:09    Desc Imaged
Certificate of Notice    Page 3 of 5

| District/off: 0313-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Mar 10, 2023 | Form ID: pdf900 | Total Noticed: 48 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14684363 | + | Email/PDF: resurgentbknotifications@resurgent.com | Mar 11 2023 00:10:57 | Resurgent Capital Services, Attn: Bankruptcy, PO Box 10497, Greenville, SC 29603-0497 |
| 14698922 | + | Email/Text: bncmail@w-legal.com | Mar 11 2023 00:01:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 14684365 | | Email/Text: DASPUBREC@transunion.com | Mar 11 2023 00:01:00 | Trans Union Corporation, Public Records Department, 555 West Adams Street, Chicago, IL 60661 |
| 14684364 | + | Email/Text: bncmail@w-legal.com | Mar 11 2023 00:01:00 | Target, c/o Financial & Retail Services, Mailstop BT PO Box 9475, Minneapolis, MN 55440-9475 |
| 14684366 | + | Email/Text: BankruptcyNotice@westlakefinancial.com | Mar 11 2023 00:01:00 | Western Funding Inc, Attn: Bankruptcy Dept, PO Box 94858, Las Vegas, NV 89193-4858 |
| 14686677 | + | Email/PDF: resurgentbknotifications@resurgent.com | Mar 11 2023 00:10:57 | Westlake Services, LLC, c/o Resurgent Capital Services, P.O. Box 3427, Greenville, SC 29602-3427 |

TOTAL: 41

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | AmeriCredit Financial Services, Inc. dba GM Financ, P O Box 183853, Arlington, TX 76096-3853 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 12, 2023           Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 10, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| BRIAN CRAIG NICHOLAS | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bkgroup@kmllawgroup.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com philaecf@gmail.com |
| MICHAEL A. CIBIK | on behalf of Debtor Karon A. Simmons mail@cibiklaw.com cibiklawpc@jubileebk.net |

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 4 of 4 |
| Date Rcvd: Mar 10, 2023 | Form ID: pdf900 | Total Noticed: 48 |

MICHAEL I. ASSAD
    on behalf of Debtor Karon A. Simmons mail@cibiklaw.com cibiklawpc@jubileebk.net

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 7

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:     Chapter 13
KARON A. SIMMONS

Debtor     Bankruptcy No. 22-10925-MDC

# ORDER

   **AND NOW**, this 7th day of March, 2023, upon consideration of the Motion to Dismiss Case filed by Kenneth E. West, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

   **IT IS FURTHER ORDERED** that any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor's plan shall be refunded to the Debtor unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

*[Signature: Magdeline D. Coleman]*

_____
Honorable Magdeline D. Coleman
Chief Bankruptcy Judge

Kenneth E. West, Trustee
P.O. Box 40837
Philadelphia, PA  19107

Debtor's Attorney:
MICHAEL A. CIBIK, ESQ.
1500 WALNUT STREET
SUITE 900
PHILADELPHIA, PA
19102-

Debtor:
KARON A. SIMMONS

5920 WEBSTER STREET

PHILADELPHIA, PA 19143